# United States District Court for the District of Columbia

Marcus Brooks
D.C. D.C. NO. 255-897
Federal Register No 23070-016
        Petitioner

V

United States Parole Commission
5550 Friendship Boulevard
Chevy Chase MD 20815

Alberto Gonzalez, Attorney General
United States Department of Justice
950 Pennsylvania Ave N.W.
Washington D.C. 20001

John Caulfiled, Warden
CCA Correctional treatment facility
1901 E street SE
Washington DC. 20003
        Respondents

**FILED**
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-01164
Assigned To : Huvelle, Ellen S.
Assign. Date : 06/29/2007
Description: HABAES CORPUS

## Motion for Writ of Habeas Corpus Pursuant to 28 USC 2241

Now comes Pettitioner, Marcus Brooks, a federal inmate currently in the custody of the United States Bureau of Prisons, By and through himself (pro se) and respectfully moves this honorable court to grant his Motion for Writ of habeas Corpus, pursuant to 28 USC. 2241. Pettitioner motions this court in good faith and seeks an order instructing the United States Parole Commission, Respondent, to credit his time in custody served and release him from any futher detainers or holds placed on him by the Respondent. In the alternative Pettitioner seeks an order for a hearing before this court to determine same. In support of his motion Pettitioner overs the following:

1

## Back Ground

1.) Petitioner has been incarcerated since 1999 for a conviction of Drugs and Weapon charges in D.C. Superior court
2.) The D.C. Parole Board upon recieving such notice Revoked my Parole and issued a warrant and lodged a detainer.
3.) U.S. Attorney then dropped case
4.) Respondent D.C. Parole Commission still did not execute warrant
5.) U.S. District Court Picked up case in 1999
6.) In 2001 Petitioner Plead guilty to conspricy
7.) Respondent D.C. Parole Commission still did not execute warrant.
8.) Petitioner was sentenced in August of 2002 to 130 mths By District Judge Ricardo J. Urbina
9.) Petitioner was sent to F.C.I Cumberland to serve sentence
10.) F.C.I Cumberland notified Respondent D.C. Parole Commission several times from 2002-2007
11.) Respondent D.C. Parole Commission made no attempt to remedy situation
12.) Petitioner Marcus Brooks tried writing Respondent a good faith letter several times to no avail
13.) Petitioner is now at C.C.A Central treatment facility waiting to Be returned to Cumberland F.C.I to finish sentence
14.) Petitioner has served 108 mth of 130 mths of sentence
15.) Respondent Detainer is stopping 500 hr court ordered Drug Program

## Arguement

In the United States Parole Commission guidelines manuel 2006 version in section 2.47(2A) it states that "If a prisioner is serving a new sentence in a state or local inst. the violation warrant shall be reviewed no later than 180 days by Regional Commission following notification". FCI Cumberland has sent several letters to Respondent D.C. Parole Commission between 2002-2007, the Petitioner has sent several letters to Respondent to no avail putting the Respondent almost 5 years over 180 days of notification.

It also states in the same manuel section 2.47(2) "Withdraw warrant and either order reinstatement of the Parolee to supervision upon release from confinement or close the case if experation has passed" My experation has passed on my DC. code time and the respondent has not withdrew the warrant.

It futher states in section 2.47(E)(1) "A parole violator whose parole is revoked shall be given credit for all time served in federal, state or local confinement on a new offense for purposes of satisfaction of Reparolee guidelines" My Parolee was revoked upon warrant ; detainer and Respondent has not made effort to credit my time with Notice of Action

It also states in the D.C. Parole Commission manuel Section 220, 221(c) "Time served on new state or federal shall be counted, as time in custody for reparole guidelines purposes."

In the DC Parole Commission manuel section 2.47-02 Alternatives after disposal of such warrant withdrawal of such warrant shall be accompanied by Notice of action stating withdrawal of warrant. Respondent has had ample time for this recourse of Notice of Action and again and again refused to adhere to their own rules and laws

Dale H Sutherland v Parole Commission 709 F2d 730
this case supports Pettitioners claim in Paroles Boards cruel and unusual punishment of not giving me my Due process

Long v Gaines Fed sup 167.75
this case further supports Pettitioner claim in that the Commission mutiple violations of violating my Rights and stopping my Participation in the 500 hr Court ordered Drug program.

### Conclusion

Wherefore, Pettitioner Marcus Brooks requests this Honorable court grant his motion for writ of Habeas Corpus Pursuant to 28 U.S.C 2241; that the court enter an Order granting his motion, and that said order immediately be directed to the United States Parole Commission, and warden of the C.C.A Correctional treatment facility. Mr John Caulfield, Respondents. Pettitioner also asks this court to direct this same order to the Warden of whatever institution he is held at in the event of his tranfer. Pettitioner prays that the relief sought in this motion herein be in all respects granted, and any such other and further relief as to this court may seem just and proper.

Respectfully submitted this 28th day of MAY, 2007

Marcus Brooks, pro se
255-897  D.C.D.C. No
23070-016 Federal No
CCA Correctional treatment facility
1901 E st SE.
Washington D.C. 20003

## Oath

I Marcus Brooks, Pettitioner do swear under oath and Penality of Perjury to having prepared the above motion and that the information contained herein is true and correct to the Best of my knowledge

*M.B.*

Marcus Brooks
255-897
23070-016
CCA Correctional treatment facility
1901 E street SE.
Washington DC. 2008

## Certificate of Service

I Marcus Brooks Pettitioner have furnished copies of this motion By US mail (Service) to the Warden of C.C.A Mr. John Caulfield; the United states Parole Commission at 5550 friendship Boulevard, chevy chase MD 20815, the united states Attorney general Mr Alberto Gonzalez, at United states Department of Justice, at 950 Pennsylvania Ave NW Washington D.C. 2001 on this 28th day of May 2007

*M. Brooks*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Marcus Brooks

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 255-897

## DEFENDANTS
U.S. Parole Commission, et al,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01164
Assigned To : Huvelle, Ellen S.
Assign. Date : 06/29/2007
Description: HABAES CORPUS

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ G. *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    **DEMAND $** O    Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)    ☐ YES ☐ NO    If yes, please complete related case form.

**DATE**    **SIGNATURE OF ATTORNEY OF RECORD**
NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.