# UNITED STATES DISTRICT COURT

**FILED**

Marcus Brooks                District of COLUMBIA

JUN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

v.

US Parole Commission et al

Leave to file without Prepayment of Cost **GRANTED**

CASE NUMBER: 07-1164

*Henry Kennedy*
6/28/08

Defendant

I, Marcus Brooks, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **CCA/CTF**

    Are you employed at the institution? **Yes**   Do you receive any payment from the institution? **Yes**
    Been Working one month

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☑ No
    b. Rent payments, interest or dividends            ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
    d. Disability or workers compensation payments     ☐ Yes   ☑ No
    e. Gifts or inheritances                           ☐ Yes   ☑ No
    f. Any other sources                               ☑ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    25 Dallors from friend

2

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   MARie B. JAcKson
   Marcus Benson
   Before my Conspricy Conviction in 99 Been incarserated for past 8 years — I just cant affoed it.

I declare under penalty of perjury that the above information is true and correct.

_6/6/07_____                    _____
       Date                                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge    Date | _____  _____<br>United States Judge    Date |

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I have a little girl & son she is 9 he is 18 But I have Been locked up since 1999 until present

I declare under penalty of perjury that the above information is true and correct.

6/6/07
DATE

_____
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __23.18__ on account to his/her credit at (name of institution) __CCA/CTF__. I further certify that the applicant has the following securities to his/her credit: _____

I further certify that during the past six months the applicant's average balance was $ __30.00 (see attached account sheet)__

6/6/07
DATE

W. Barrett / Case Manager
SIGNATURE OF AUTHORIZED OFFICER

Inmate: BROOKS, MARCUS ANTHONY
Booking #: 878389          Permanent ID: 809981

### Current Account Information

| Current Balance | 23.18 | Escrow Balance | .00 | Restricted Commissary Purchase Amount | .00 |

### Cost Recovery Balances

| | |
|---|---|
| CCA RESTITUTION | .00 |
| MEDICAL VISIT CO-PAYMENT | .00 |
| AGENCY FINES | .00 |
| MISC COST RECOVERY | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |

### Exemptions and Credits

Inmate Account Balance
Cannot Go Below  .00
This Amount

*[Signature] M. R. ED  6/6/07*