**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Marcus Brooks, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1164 |
| | ) | |
| United States Parole Commission et al, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this ___29___ day of ___June___ 2007,

ORDERED that respondents, by counsel, within ___20___ days of service of a

copy of this Order and the Petition, shall file with this Court and serve on the petitioner a

statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified

copy of this Order to the United States Marshals Service for the purpose of making service of

same on the respondent Warden, the United States Attorney for the District of Columbia and

the Attorney General for the District of Columbia.

SO ORDERED.

_____
United States District Judge