UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARCUS BROOKS,** | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 07-1164 (ESH) |
| | : | |
| **UNITED STATES PAROLE COMMISSION,** | : | |
| Respondents. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney T. Anthony Quinn, Bar Number 415-213, telephone number (202) 514-6807, is assigned as counsel for the United States, and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____/S/_____
T. ANTHONY QUINN
D.C. Bar No. 415-213
Assistant United States Attorney
555 Fourth Street, NW
Special Proceedings Division, Room 10-909
Washington, D.C. 20530
(202) 514-6807

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by first-class mail on defendant, MARCUS BROOKS, Fed. Reg. No. 23070-016, DCDC No. 255-897, CTF, 1901 E Street, SE, Washington, D.C. 20003, on this 17th day of July, 2007.

_____/S/_____
T. ANTHONY QUINN
Assistant United States Attorney