UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS BROOKS,<br>    Petitioner | :<br>:<br>: |
| v. | :  CIVIL NO. 07-1164 (ESH) |
| UNITED STATES PAROLE COMMISSION,<br>    Respondents. | :<br>:<br>: |

**FEDERAL RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR RESPONSE TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

  The Attorney General of the United States and the United States Parole Commission ("Federal Respondents"), by and through their attorney, the United States Attorney for the District of Columbia, respectfully submit this Motion for Enlargement of Time Within Which to File their Response to Petitioner's pro se Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and respectfully request that the time within which they may file their Response be enlarged by thirty (30) days, until August 22, 2007.

  As grounds for this request for enlargement of time, the Federal Respondents say:

  1.  The Federal Respondents' Response to Petitioner's pro se Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is currently due to be filed on or before July 23, 2007.

  2.  The undersigned Assistant United States Attorney has forwarded a copy of petitioner's Petition to the General Counsel's Office of the United States Parole Commission so that an appropriate response to petitioner's allegations could be drafted.  The undersigned Assistant United States Attorney is informed that additional time is necessary to obtain the necessary materials, research petitioner's claims, and formulate a response.

3.      An extension of time also is needed because of the demands of other matters assigned to the undersigned Assistant United States Attorney in which filing deadlines and appearances have been ordered by other judges of the U.S. District Court and judges of the D.C. Superior Court.

4.      This Court may properly consider the prosecutor's workload in determining the time to respond to a habeas corpus petition. The amount of time requested is reasonable in light of the need to obtain and review the government's files, the prosecutor's workload, and will not prejudice the petitioner unduly.

5.      A proposed order is attached.

**WHEREFORE**, the Federal Respondents respectfully request that they be granted an enlargement of time until August 22, 2007, within which to file their Response to Petitioner's pro se Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

ROBERT D. OKUN
Chief, Special Proceedings Division
D.C. Bar No. 457-078

_____/S/_____
T. ANTHONY QUINN
Assistant United States Attorney
D.C. Bar No. 415-213
United States Attorney's Office
Special Proceedings Division, Room 10-909
555 Fourth Street, NW
Washington, D.C. 20530
202-514-6807

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail on petitioner, MARCUS BROOKS, Fed. Reg. No. 23070-016, DCDC No. 255-897, CTF, 1901 E Street, SE, Washington, D.C. 20003, on this 19th day of July, 2007.

                                           _____/S/_____
                                           T. ANTHONY QUINN
                                           Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCUS BROOKS,** : | |
| Petitioner : | |
| : | |
| v. : | CIVIL NO. 07-1164 (ESH) |
| : | |
| **UNITED STATES PAROLE COMMISSION,** : | |
| Respondents. : | |

## ORDER

The matter is before the Court upon the Federal Respondents' Motion for Enlargement of Time Within Which to File their Response to Petitioner's pro se Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  Upon consideration of the Federal Respondents' Motion for an Enlargement of Time, the entire record herein, and for good cause shown, it is hereby

ORDERED that the Federal Respondents' Petition for an Enlargement of time is GRANTED.  It is further ORDERED that the Federal Respondents shall file their response on or before August 22, 2007.

SO ORDERED this _____ day of _____, 2007.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE
(Signed in Chambers)

CC:  AUSA T. ANTHONY QUINN
Special Proceedings Division
555 4th Street, NW Room 10-909
Washington, D.C.  20530

MARCUS BROOKS
Fed. Reg. No. 23070-016
DCDC No. 255-897
CTF
1901 E Street, SE
Washington, D.C.  20003