UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marcus Brooks ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1164 |
| ) | Judge: Ellen S. Huvelle |
| United States Parole Commission, ) | |
| Alberto Gonzales. ) | |
| United States Department of Justice ) | |
| and ) | |
| Warden John Caulfield. C.C.A. Correctional ) | |
| Treatment Facility ) | |
| ) | |
| Respondents. ) | |
| _____) | |

**RESPONSE BY THE DISTRICT OF COLUMBIA**

The District of Columbia files this response to the petitioner's writ of habeas corpus. Petitioner has filed a *pro se* petition attacking the lawfulness of the actions of the United States Parole Commission, (hereinafter the "USPC"). The District of Columbia is not a named respondent, however, as directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not be issued.

According to the petition, the petitioner motions this court for an order instructing the United States Parole Commission, a named Respondent, to credit his time in custody served and release him from any further holds placed on him. (Pet. at 1). The petitioner alleges that he has served 108 months of the 130 months of his sentence. (Pet. at 2).

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997,

Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.), the United States Congress transferred responsibility for the imprisonment of District of Columbia felons from the District of Columbia to the Federal Bureau of Prisons, and also transferred the parole authority for such felons from the D.C. Board of Parole to the USPC.  *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002).   In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions.  Thus, the District of Columbia has no authority to respond to the merits of the habeas corpus petition, but will abide by any lawful order of this Court with regard to the petitioner.  The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein.  Thus, the District of Columbia defers to the Office of the United States Attorney on this matter.

      Accordingly, this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Nicole Lynch
NICOLE LYNCH [#471953]
Section Chief
General Litigation Section II

/s/ Carol A. Connolly
CAROL A. CONNOLLY [#468126]
Assistant Attorney General, D.C.
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
Carol.Connolly@dc.gov
(202) 724-6511

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 8, 2007, a copy of the foregoing response and proposed order was mailed postage prepaid to:

Marcus Brooks, #255-897
C.C.A. Correctional Treatment Facility
1901 E. Street, S.E.
Washington, D.C.  20003
*Petitioner*

            /s/ Carol A. Connolly
            Carol A. Connolly
            Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marcus Brooks,  )<br>)<br>      Petitioner,  )<br>)<br>  v.  )<br>)<br>United States Parole Commission,  )<br>Alberto Gonzales.  )<br>United States Department of Justice  )<br>    and  )<br>Warden John Caulfield. C.C.A. Correctional  )<br>Treatment Facility  )<br>)<br>      Respondents.  )<br>_____)  | Civil Action No. 07-1164<br>Judge: Ellen S. Huvelle |

**ORDER**

Upon consideration of the petition for the writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____ 2007,

ORDERED: That the petition for the Writ of Habeas Corpus shall be and the same is hereby denied as to the District of Columbia; it is,

FURTHER ORDERED: That the Court's Order to Show Cause shall be and the same is discharged as to the District of Columbia.

_____
JUDGE ELLEN S. HUVELLE
United States District Court for the District of Columbia