# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARCUS BROOKS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1164 (ESH)** |
| ) | |
| **UNITED STATES PAROLE** ) | |
| **COMMISSION,** *et al.,* ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

## ORDER

In this habeas action, petitioner challenges a parole violation warrant issued by the

District of Columbia Board of Parole now lodged as a detainer.  Both the District of Columbia

and the federal respondents have responded to the Court's June 29, 2007 Order to Show Cause.

Petitioner will be given an opportunity to file his opposition or response to respondents' papers.

Accordingly, it is hereby

**ORDERED** that petitioner shall file his opposition, if any, to the respondent's responses

to the June 29, 2007 Order to Show Cause on or before **September 14, 2007**.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 17, 2007