United States District Court
for The District of Columbia

Marcus Brooks
D.C.DC. 255-897
Fed # 23070-016
    Petitioner

United States Parole Commission
5550 Friendship Boulevard
Chevy Chase MD 20815

Alberto Gonzalez, Attorney General
United States Dep. of Justice
950 Pennsylvania Ave N.W.
Washington D.C. 20001

John Caulfiled, Warden
CCA Correctional treatment facility
1901 E Street S.E.
Washington D.C. 20003

Civil No 07-1164 (ESH)
Date filed _____

Let this
be filed
ESH
8/31/07

Petitioners Motion for Enlargement of time within which to file His Rebuttal Motion in Response to the Respondents opposition please Allow above Name pettitioner who is pro se litigant (20) Days to Research and Answer. Pettitioner Respectfully Request this Motion to the Honorable Judge Ellen S. Huvelle / ESH Be granted until September 22 2007.

As grounds for this Request for Enlargement of time the Pettitioner says:
1. Pettitioner filing pro se must have time to research this information Before the Judge renders her Decision Also the Supreme Court says I cant Be Held to the same standard as a lawyer Being a pro se litigant.

2. The law library here only allow you 1 hour every seven days to Research law.

3. Pettitioner is also Requesting that this court in the 20 Day time period Be given a Order to CTF CCA correctional treatment facility granting me 1 hour daily Monday-Friday in law library to fight for my Rights & freedom

Wherefore, The Pettitioner respectfully request that he be granted an enlargement of time Before the Honorable Judges Decision Be given to file his Rebuttal Motion By September 22 2007 to the fullest on this Day of August 27 2007

Respectfully Submitted

Marcus Brooks
265-897
FED# 23070-016
1901 E St SE
Washington DC 20003

Aug 27 07