United States District Court for the
District of Columbia

Marcus Brooks
DC DC 255-897
Federal N0. 23070-016
Pettitioner

✓

United States Parole
Commission 5550
friendship Boulevard
Chevy chase MD 20815
Respondent

Civil NO 07 1164 ESH
Date 9-15-07

Let this
be filed
ESH
9/20/07

Response to Respondents Rebuttal of Pettitioners Motion for Writ of habeas Corpus 28 usc 2241.

Ⓐ first and foremost I think it is Absolulely imperative this Honorable court Know that the United states parole Commission is Blatantly Disrespecting this court By lying About Not recieving several letters from Me. The Pettitioner As well as the Federal Bureau of Prisons Cumberlands F.C.I Branch who has such notices on file in their Institution.

Ⓑ My charges were Dropped By the United States Superior Court And later Picked up By United states District Court on that change of events the Warrant should have Been executed Also According to there the Respondents Brief my Parole was Revoked Before my New offense So again they should have executed the warrant.

Ⓒ The United states Parole Commission itself states the 130 mth Sentence is Above my Guide line Range which is 78-100 mth

②

which I will ask the Judge to observe my face sheet for my Att Distrobution charge in 92 to 2-8 years I don't have 78-100 mth left on my face sheet which again shows abuse of power By ~~Petition~~ Respondent I would also ask the Honorable Judge E.S. Huvelle to please tell me how I got 2-8 years in 92 and still owe 5 years 5mth 12 Days!!!

Ⓓ The Respondent United States Parole Commission also states in there own words my Proposed Guideline Range Does not outweight my 130 so I would have served that time anyway (see United States Parole Commission Notice of Action) Also 2.21 Reparole consideration Guidelines (C) <u>Time Served on a New state or federal sentence shall Be counted as time in custody</u> for Reparole guidelines this does not effect the computation of Exp. date provided By 2.47e which states A parole violator whose parole is Revoked shall Be given credit for all time in federal custody state or local confinement on a new offense for guidelines 2.20, 2.21

Ⓔ Upon Recieving my last Reprieve ~~Attache~~ Attached to my motion the Respondent didn't afford me a lawyer or let me Be Be present at such hearing or ~~too~~ forward me form H-13 (Notice of Pending Review)

Ⓕ The Abusive Acts By the Respondent have further subdued my Rehab By this Detainer Becase of that fact I cant go to a low Institution where programs are for my future happiness it also stops me from Recieving Federally ordered By this court 500hr Drug treatment futhermore it puts a pigeonhole on any Help.

③

G) The 14th Amendment states that, No State shall Deny Any Person of due process nor deny the equal protection of the laws. Such case would Be Nathanail Taylor v United State Parole Commission where they gave him time served And Released his Detainer my case is No Different than his.

H) Dale H Sutherland v Parole Commission the Appeals Court granted his motion after finding that the Commission was Duly wrong (Fed Fed 730)

I) long v Gaines Fed Sup 167.75 The Parole Commissions many many Foxy ways of mis placing Blame 3 mutiple Violations of 180 Days speedy hearing towards Pettitioner is Both cruel And unjust.

J) I also Require to do A term of Supervision which is (5) five years which I can Not carry out Due to this Detainer

## Conclusion

The Pettitioner ASK the Honorable Judge Ellen S. Huvelle to grant my motion in light of Respondents Vast Resources over mine And my steady stream of facts & laws from there own guidelines which clearly state my claim to this Court Do not let there Actions go with out impunity.

thank you so very much Honorable Ellen S. Huvelle GOD SPEED

Signature [signature]
Date 9-15-07

Marcus Brooks
255-847
1901 D st SE WDC 20003